Vacil D. Bozovsky, Respondent, v. Buffalo and Lake Erie Traction Company, Appellant.— Judgment affirmed, with costs. All concurred, except Kruse and Robson, JJ., who dissented.

Duane R. Downs, Respondent, v. Oswego Falls Pulp and Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

James McMahon, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented.

Amelia A. Finucane, Respondent, v. Charles G. Warner and May Leonard Warner, His Wife, Appellants.— Judgment affirmed, with costs. All concurred.

Piotr Galantowicz, Respondent, v. The Prudential Insurance Company of America, Appellant.—Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., not voting.

The People of the State of New York ex rel. Frank B. Seeley, Relator, v. Frederick C. Stevens, as Superintendent of Public Works of the State of New York, Respondent.— Determination confirmed, and writ of certiorari dismissed, with fifty dollars costs and disbursements. All concurred.

Kate Dixon, as Administratrix, etc., of Henry Dixon, Deceased, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented.

Melford Shangraw, Respondent, v. International Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Williams, J., not sitting.

Charles Braun, as Administrator, etc., of Nicholas Braun, Deceased, Appellant, v. Buffalo General Electric Company, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Application of the City of Utica, Appellant, to Compel Safety Gates to Be Erected by The New York Central and Hudson River Railroad Company, Respondent, at the Brinckerhoff Avenue Crossing in Said City.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Eastman Machine Company, Appellant, v. Henry Sonneborn and Others, Respondents.— Order modified and as modified affirmed, without costs of this appeal to either party. All concurred.

Caroline A. Hickok, as Executrix, etc., of Chauncey L. Hickok, Deceased, Respondent, v. Auburn Light, Heat and Power Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Frederick W. Gardner, Respondent, v. The Roycrofters and Elbert Hubbard, Appellants.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. Kruse, J., not sitting.

Leander M. Shaw, Respondent, v. Rochester, Syracuse and Eastern Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.